IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-00363-CMA-STV

BRUCE C. CORYELL, co-trustee, and
DEANNE L. CORYELL, co-trustee,

    Plaintiffs,

v.

MARK ALAN FAULKNER, and
FAULKNER REAL ESTATE, INC., a Kansas corporation,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. #41). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: October 31, 2017

                            BY THE COURT:

                            *[signature]*
                            CHRISTINE M. ARGUELLO
                            United States District Judge